IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MITCHELL FOWLER                                                                PLAINTIFF

v.                          NO. 4:17-CV-476-BD

SOCIAL SECURITY ADMINISTRATION                                 DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings in accordance with the Court's November 13, 2018 order in this case.

SO ORDERED, this 13th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE